372 A.2d 436

DiVietro et ux. v. Jet Car Wash Company, Inc., Appellant.

Argued December 7, 1976. Martin D. Cohen, submitted a brief for appellant; Frank S. Poswistilo, with him Brose, Poswistilo, LaBarr & Kreglow, for appellees.

Judgment affirmed.

372 A.2d 436

Evans et ux. v. Thomas et al., Appellants.

Argued December 7, 1976. Jackson M. Sigmon, with him Sigmon, Littner & Ross, for appellants; John Deutsch, with him Roger N. Nanovic and William H. Bayer, for appellees.

Order affirmed.